ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| BAE Systems Land & Armaments L.P. | ) ASBCA No. 62989 |
| | ) |
| Under Contract No. W56HZV-05-G-0003 | ) |

APPEARANCES FOR THE APPELLANT:    David Z. Bodenheimer, Esq.
Andy Liu, Esq.
Haaleh Katouzin, Esq.
  Nichols Liu LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Scott N. Flesch, Esq.
  Army Chief Trial Attorney
Robert B. Neill, Esq.
MAJ Weston E. Borkenhagen, JA
  Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  September 29, 2022

LAURA EYESTER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62989, Appeal of BAE Systems Land & Armaments L.P., rendered in conformance with the Board's Charter.

Dated:  September 30, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals